## Commonwealth *v.* White, Appellant.

Before WILLIAMS, JR., J., without a jury.

 Submitted
June 16, 1975. *Hugh C. Clark,* for appellant; *Daniel P. McElhatton, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.